## STATE OF CONNECTICUT *v.* LINDSEY JONES, JR.
### (13720)

Dupont, C. J., and O'Connell and Schaller, Js.

Argued October 31—decision released November 21, 1995

*Vicki H. Hutchinson*, special public defender, for the appellant (defendant).

*Lisa Herskowitz*, deputy assistant state's attorney, with whom, on the brief, were *Walter D. Flanagan*, state's attorney, and *Patricia Gilbert*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.